```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,         :   NOTICE OF INTENT TO
                                      FILE AN INFORMATION
         - v -                    :

DUDLEY EDWARDS,                   :

              Defendant.          :
- - - - - - - - - - - - - - - - - x
```

☐ ORIGINAL

**10 CRIM 755**

**Judge Pauley**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 17, 2010

                              PREET BHARARA
                              United States Attorney

                         By:  /s/ Alvin L. Bragg
                              _____
                              Alvin Bragg
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  /s/
                              _____
                              Avrom Robin
                              Attorney for Dudley Edwards



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/10

WH4Dev: A