USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 DEC 2010

## Request for Adjournment

**To:** Honorable George B. Daniels  
U.S. District Judge

**Offense:** <u>Ct. 1:</u> Conspiracy to Commit Bank Fraud (18 USC 1349)

**From:** <u>Susan P. Krol</u>  
Senior U.S. Probation Officer

**Current Sentence Date:** January 26, 2011

**Defense Counsel:** Robert Anthony Evans, Jr.

**Re:** Victor Perez-Negron  
DKT.# 10 CR 755-01(GBD)

**Date:** November 30, 2010

**AUSA:** Brian R. Blaise

*********************************************************************************

An adjournment is requested for the following reason:

Since October 19, 2010, the Probation Office has made multiple attempts by telephone and email to contact defense counsel in order to schedule the presentence interview for the above-cited defendant. We did not get any response. On November 9, 2010, the undersigned officer communicated this matter to Assistant U.S. Attorney Brian R. Blaise, who then sent an email to defense counsel in an attempt to prompt a response. Shortly thereafter, counsel informed the AUSA and the undersigned officer via email that he has been dealing with illness of a family member. Also, shortly thereafter, counsel attempted to contact the undersigned officer and left a voice mail message. Since then, the Probation Office has made additional attempts to contact counsel and no additional responses have been received.

Approximately two weeks ago, the undersigned officer contacted Your Honor's Courtroom Deputy, Elizabeth Vega and related the above history. Ms. Vega advised the Probation Office to comprise a memorandum to Your Honor which outlines our attempts to schedule the presentence interview with defense counsel.

As a result of this delay, the Probation Office is requesting an adjournment of approximately 45 days from the currently-scheduled sentence date, to allow time for interview of the defendant and to complete and disclose the report in accordance with Rule 32. It is hoped that by copy of this memorandum, counsel will promptly contact the undersigned officer to schedule the presentence interview so that this matter may proceed in a timely fashion. In addition, should this office continue to experience difficulty in reaching counsel, Your Honor will be notified through submission of a a "Request For Court Direction" memorandum.

Thus, we request an adjournment of the sentence date until at least March 14, 2011, to allow time for this matter may be resolved.

NY 201  
(Rev.3/98)

Victor Perez-Negron                                                                 58744-S.P. Krol

- 2 -

It is requested that Your Honor indicate the Court's decision as provided on the following page. Counsel will be notified by copy of this form.

                                                                Respectfully submitted,

                                                                MICHAEL J. FITZPATRICK
                                                               Chief U.S. Probation Officer

                                                    By: _____
                                                               Susan P. Krol
                                                               Senior U.S. Probation Officer
                                                               (212) 805-5170

Approved by:

_____  11/30/10
Thomas E. Mixon         Date
Supervising U.S. Probation Officer

NY 201
(Rev.3/98)

Victor Perez-Negron                                                                 58744-S.P. Krol

- 3 -

AN ADJOURNMENT IS GRANTED: ___X___

IF APPROVED, NEW DATE OF SENTENCE 4/7/2011 TIME & ROOM 10am, Courtroom 21D

REQUEST IS DENIED _____

OTHER: _____

0 3 DEC 2010
_____                    _____
    DATE                          HONORABLE GEORGE B. DANIELS
                                       U.S. DISTRICT JUDGE

SPK:spk

cc: Brian R. Blaise
    Assistant U.S. Attorney

    Robert Anthony Evans, Jr.
    32 Edgecombe Avenue
    New York, NY 10030

NY 201
(Rev.3/98)